Cite as 2016 Ark. App. 128



# ARKANSAS COURT OF APPEALS

EN BANC
**No.** CV-15-653

| | |
|---|---|
| MONROE CARLTON, JERRY RICE, KATHY RICE, AMANDA RICE, MEREDITH LEMONS, MIRANDA PASCOE, AND MARGARET PLEASANTS<br><br>APPELLANTS<br><br>V.<br><br>GRACE ELLEN RICE<br>APPELLEE | **Opinion Delivered:** February 24, 2016<br><br>APPEAL FROM THE LONOKE COUNTY CIRCUIT COURT<br>[43PR-04-309]<br><br>HONORABLE JASON ASHLEY PARKER, JUDGE<br><br>APPEAL DISMISSED |

### PER CURIAM

Appellants appeal from an order denying "A Motion to Set Aside Order." On appeal they seek reversal of an "Order Removing the Trustee." In a related case, *Carlton v. Rice*, 2016 Ark. App. 48, this court reversed the order which removed the trustee. Thus the relief sought by the appellants has been granted, rendering this appeal moot. Accordingly, we dismiss the appeal.

Appeal dismissed.